# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | ) | |
| as Subrogee of SHIRA HAMANN, | ) | |
| Plaintiff, | ) | |
| -v- | ) | NO. 20-CV 02349 |
| | ) | |
| DELL TECHNOLOGIES, INC., | ) | Honorable Martha M. Pacold |
| WORLDWIDE TECH SERVICES, LLC., | ) | |
| and SIMPLO TECHNOLOGY COMPANY, | ) | Magistrate Judge Jeffery Cummings |
| LTD. | ) | |
| Defendants. | ) | |

## AGREED ORDER

This cause coming before the court pursuant to an agreement between the parties to enter a dismissal order with prejudice with the Court being duly advised in the premises;

IT IS HEREBY ORDERED:

That this complaint and all cross-claims and counterclaims are dismissed with prejudice with each party to bear its own fees and costs pursuant to an agreed upon settlement with the Court retaining jurisdiction to enforce the terms of settlement. Any future dates are hereby stricken.

**ENTERED:**

........................................................
Judge

McFADDEN LAW GROUP, P.C.
180 W. Washington Street
Suite 310
Chicago, IL 60602
(312) 641-9830
ARDC No. 6229815
jpmcfadden@mcfaddenlawgroup.com